IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *ex rel.*, JOHN DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR PARK AVENUE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK MONTGOMERY, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-11-864-C<br>)<br>)<br>)<br>)<br>) |

### ORDER

On February 15, 2011, Plaintiff moved for a ninety-day extension of all deadlines. After reviewing Plaintiff's motion, the Court finds Plaintiff has not shown good cause for extension: In addition to continuously missing deadlines and failing to respond to discovery requests, Plaintiff misrepresents the pendency of a motion as a basis for extension. (Pl.'s Br., Dkt. No. 33, at 3.) Accordingly, Plaintiff's Application to Extend All Deadlines and Enter an Amended Scheduling Order (Dkt. No. 33) is DENIED.

IT IS SO ORDERED this 2nd day of March, 2012.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge