# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *ex rel.*, JOHN DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR PARK AVENUE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK MONTGOMERY, EMPLOYMENT TRADITIONS, INC.; PEOPLE ESSENTIALS, INC.; E.T. 2, INC.; E.T. 4, INC.; E.T. 6, INC.; E.T. 10, INC.; CFC I/ET, INC.; CFC II/ET, INC.; MONTGOMERY, INC; ACRISURE BUSINESS OUTSOURCING SERVICES, LLC; ACRISURE, LLC; and CAMPBELL MANAGEMENT GROUP, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-11-864-C<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff State of Oklahoma, *ex rel.* John Doak, Insurance Commissioner, as Receiver for Park Avenue Property and Casualty Insurance Company in Liquidation, by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., and Defendant Patrick Montgomery, by and through his counsel of record, Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal of Plaintiff's claims and causes of action against Defendant

Patrick Montgomery *only* without prejudice, each party to bear their own attorneys' fees and costs.

          Respectfully submitted,

          **NEWTON, O'CONNOR, TURNER & KETCHUM, P.C.**

          */s/ Keith A. Wilkes*
          Keith A. Wilkes, OBA No. 16750
          Gregory P. Reilly, OBA No. 22284
          Regina L. Nerger, OBA No. 21864
          15 West Sixth Street, Suite 2700
          Tulsa, Oklahoma 74119-5423
          Telephone: 918-587-0101
          Facsimile: 918-587-0102
          kwilkes@newtonoconnor.com
          greilly@newtonoconnor.com
          gnerger@newtonoconnor.com
          **ATTORNEYS FOR PLAINTIFF**

          **-AND-**

          **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

          /s/ *
          Rachel C. Mathis, OBA #16360
          Conor Cleary, OBA #30046
          320 South Boston Avenue, Suite 200
          Tulsa, OK 74103-3706
          Telephone: (918) 594-0820
          Facsimile: (918) 594-0505
          **ATTORNEYS FOR PATRICK MONTGOMERY**

*Signed by filing attorney with permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2012, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following recipients:

Rachel C. Mathis, Esq.
rmathis@hallestill.com

Henry D. Hoss, Esq.
henry.hoss@mcafeetaft.com

Amy D. White, Esq.
amy.white@mcafeetaft.com

John M. Bylsma, Esq.
jmbylsma@varnumlaw.com

Zachary A. P. Oubre, Esq.
Zac.oubre@mcafeetaft.com

Conor P. Cleary, Esq.
ccleary@hallestill.com

    /s/ *Keith A. Wilkes*
Keith A. Wilkes